ZIPWALL, LLC, Plaintiff–Appellant,

v.

FASTCAP, LLC, Defendant–Cross Appellant.

Nos. 2008–1249, 2008–1250.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2009.

Matthew B. Lowrie, Lowrie, Lando & Anastasi LLP, of Cambridge, Massachusetts, argued for plaintiff-appellant. With him on the brief was Kevin M. Littman.

Michael J. Cronen, Zimmerman & Cronen, LLP, of Oakland, CA, argued for defendant-cross appellant.

Before MICHEL, Chief Judge, PROST, Circuit Judge, GETTLEMAN, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.